# Court of Appeals
## of the State of Georgia

ATLANTA,  March 24, 2026

*The Court of Appeals hereby passes the following order:*

**A26A0172. PETERSON v. LEXINGTON INTERMODAL, LLC.**
**A26A0200. BLACKBURN v. LEXINGTON INTERMODAL, LLC.**

Shelby Peterson and Gardner Blackburn, plaintiffs in the cases below, appeal from the trial court's orders granting summary judgment to the defendant. In the orders on appeal, the trial court considered the parties' arguments concerning whether certain provisions of the Federal Motor Carrier Safety Regulations override Georgia law regarding respondeat superior liability, ultimately agreeing with the defendant that the federal regulations do not preempt Georgia law.

The Supreme Court has determined that at least some preemption cases invoke its constitutional question jurisdiction, including "where a party asserts an affirmative claim of preemption." *Fox v. Norfolk S. Corp.*, 342 Ga. App. 38, 43 (1) (802 SE2d 319) (2017) (discussing, e.g., *Ward v. McFall*, 277 Ga. 649, 651 (1) (593 SE2d 340) (2004)). It appears that these cases may fall within the Supreme Court's jurisdiction. Further, the Supreme Court has the ultimate responsibility for determining appellate jurisdiction. See *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476

SE2d 587) (1996). Accordingly, these appeals are hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ___03/24/2026_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*